Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of _____

Division

John Kilcrease

__John Kilcrease__
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Escambia County Sheriff's Office
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __3:21CV2152-MCR-HTC__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

FILED USDC FLND PN
NOV 10 '21 PM 2:04

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: John Kilcrease
- Address: PO Box 17800, ESCO 3C 115 B
- City: Pensacola
- State: Fl.
- Zip Code: 32522
- County:
- Telephone Number:
- E-Mail Address: Lost4ever1965@G.mail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Escambia County Sheriffs Dept
- Job or Title (if known):
- Address: 1700 W. Lenord St.
- City: Pensacola
- State: Fl
- Zip Code: 32501
- County:
- Telephone Number:
- E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
- Name: Chris Henderson
- Job or Title (if known): Officer of Escambia County Sheriff
- Address: 1700 W. Lenord St.
- City: Pensacola
- State: Fl
- Zip Code: 32501
- County:
- Telephone Number:
- E-Mail Address (if known):

☑ Individual capacity   ☐ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

                                                                                           *City*              *State*         *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

                           *City*        *State*     *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.  Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☒ State or local officials (a § 1983 claim)

  B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

      4th Amendment, 5th Amendment, 14th Amendment

  C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Law enforcement are to protect and serve

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

3838 Belle Meade Ct Unit A
Pensacola FL, 32502

B. What date and approximate time did the events giving rise to your claim(s) occur?

Sept. 26, 2020
Between hours of 12:00 - 2:00 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Escambia County Sheriffs Department with lead investigator Chris Henderson came into my home without a search warrant with force and violated my 4th and 14th Amendment rights, Along with Chris Henderson and other police officers they entered my home illegly followed by arresting me without probable cause.

Damage to my property
Art work 5000.00
Ring door devices 300.00
Front door destroyed 2000.00
Floor burned from granade blast 2000.00
Furniture destroyed 2000.00
80 in Sony Smart T.V. 4000.00
Fitz and Floyd Collection 5000.00
Back door destroyed 2000.00
Out door shed and contents 2000.00
Patio Plants 500.00
Patio Furniture 2000.00
Back gate and fence 2000.00

Total amount for property Damages
$28,800.00

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Faulse incarceration $52,500.00

Slander of charicter $200,000.00

Work missed while in jail $35,000.00

total amount $287,500.00

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

[Notary stamp: COREY FLEETION, MY COMMISSION # HH154917, EXPIRES: July 18, 2025, STATE OF FLORIDA]

October 22, 2021   presented paid identification

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct. 20, 2021   Oct. 22, 21

Signature of Plaintiff: [signature] John Kilcrease

Printed Name of Plaintiff: John Kilcrease

**B. For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

John Kilcrease
3C-115-B
P.O. Box 17800
Pensacola, FL 32522



Mailed From The
Escambia County Jail
Dorm C

RECEIVED NOV 10 2021

U.S. Courthouse
1 N. Palafox St.
Pensacola, FL 32502-5646