UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN KILCREASE,

    Plaintiff,

v.                                Case No. 3:21cv2152-MCR-HTC

ESCAMBIA COUNTY SHERIFF'S OFFICE,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 5, 2022 (ECF No. 5), which recommends this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with Court orders. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed a Motion to Proceed *in forma pauperis* (ECF No. 6) Otherwise, there have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

(2)   The Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 6) is deemed moot.

(2)   This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

(3)   The Clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**